**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DELONTE BREWER,**<br><br>**Defendant.** | **Case No. 1:26-mj-00178** |

# GOVERNMENT'S MOTION TO DISMISS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to dismiss the above-referenced case. After further review, the United States, in the exercise of its discretion, has determined that this matter should be dismissed.

WHEREFORE, the United States respectfully requests that this matter be dismissed.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Maggie E. Sullivan*
MAGGIE E. SULLIVAN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-714-6320
Maggie.Sullivan@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DELONTE BREWER,**<br><br>**Defendant.** | **Case No. 1:26-mj-00178** |

**[PROPOSED] ORDER**

Upon consideration of the Government's Motion to Dismiss, and good cause having been shown, it is hereby:

**ORDERED** on this ______ day of _______, 2026, that the case is DISMISSED.

_______________________________
Honorable Matthew J. Sharbaugh
United States Magistrate Judge